UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEESTON COLE

VERSUS

PSC GROUP, LLC

C.A. NO. 3:25-cv-00780

JUDGE DICK

MAG. JUDGE WILDER-DOOMES

**CONSENT MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER AND EXTENSION OF DEADLINES**

Plaintiff Keeston Cole respectfully moves this Honorable Court for an order resetting the unexpired dates and deadlines in the current Scheduling Order (R. Doc. 12). In support of this motion, Plaintiff represents the following:

1.

This matter is currently set for a jury trial beginning March 22, 2027. A pretrial conference is set for March 9, 2027.

2.

Per the Court's January 6, 2026 Scheduling Order (R. Doc. 12), the following unexpired dates and deadlines are also in effect:

| | |
|---|---|
| (a) July 5, 2026 | Discovery motions and fact discovery deadline |
| (b) July 6, 2026 | Defendant's expert report deadline |
| (c) August 7, 2026 | Expert discovery deadline |
| (d) September 4, 2026 | Dispositive motions and *Daubert* motions deadline |
| (e) February 8, 2027 | Affidavit of Settlement efforts |
| (f) February 22, 2027 | Pre-trial order |
| (g) March 1, 2027 | Motions in Limine |

(h) March 1, 2027             Jury Instructions, Voir Dire, and Verdict Forms

(i) March 9, 2027             Pre-Trial Conference

3.

There is good cause for resetting the Scheduling Order including most imminently, an extension of the upcoming July 5, 2026 deadline for completing fact discovery. Plaintiff is in the process of obtaining new counsel, and his current counsel will file a Motion to Withdraw soon. To date, the parties have exchanged written discovery, engaged in document production, and the scheduling of depositions. Certain discovery remains outstanding, and both parties have conferred and agreed that additional time to conduct that discovery and file related motions is necessary. Plaintiff also requests a new scheduling order with extensions of all unexpired dates and deadlines to allow for his new counsel to enroll,  become updated on the case, and work with counsel for Defendant to select deadlines that will allow the parties to complete discovery in an orderly and thorough manner, ensure that expert reports and expert discovery are informed by a complete factual record, and permit the filing of fully developed motions.

4.

Based on the foregoing, there is good cause to extend the deadlines. Accordingly, Plaintiff respectfully requests that this Honorable Court vacate the unexpired dates and deadlines in the Scheduling Order set a Status Conference for the purpose of re-setting all unexpired dates and deadlines.

5.

Undersigned counsel certifies that they notified counsel for Defendant regarding the relief sought herein and provided a copy of this motion prior to filing. Defendant's counsel confirmed that Defendant consents to this motion without opposition. Accordingly, and for the foregoing

reasons, Plaintiff respectfully requests that the Court grant this motion and vacate all unexpired dates and deadlines in the Scheduling Order, R. Doc. 12, and set a Status Conference for the purpose of re-setting all unexpired dates and deadlines.

Respectfully submitted,

/s/ *Mercedes Townsend*
**Mercedes Townsend (La. Bar #39054)**
mtownsend@caseydensonlaw.com
**Casey Rose Denson (La. Bar #33363)**
cdenson@caseydensonlaw.com
**Rachel B. Hudson (La. Bar #40827)**
rhudson@caseydensonlaw.com
**CASEY DENSON LAW, LLC**
8131 Oak Street, Suite 100
New Orleans, LA 70118
Phone: (504) 224-0110
Fax: (504) 534-3380

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, a copy of the foregoing Consent Motion for Modification of the Court's Scheduling Order and Extension of Deadlines was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Mercedes Townsend, Esq.