**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KEESTON COLE**                                    **C.A. NO. 3:25-cv-00780**

**VERSUS**                                          **JUDGE DICK**

**PSC GROUP, LLC**                                  **MAG. JUDGE WILDER-DOOMES**

**ORDER**

Considering the foregoing Consent Motion for Modification of the Court's Scheduling Order and Extension of Deadlines and for the reasons stated therein:

IT IS HEREBY ORDERED that the Consent Motion for Modification of the Court's Scheduling Order and Extension of Deadlines is GRANTED and all unexpired dates and deadlines in the Scheduling Order in this matter, R. Doc. 12, are vacated.

IT IS FURTHER ORDERED that the Parties shall appear for a Status Conference for the purpose of re-setting the dates in the Scheduling Order at the date, time, and location as follows:

_____.

Baton Rouge, Louisiana, this _____ day of June, 2026.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA